J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
520 E. Wilson Ave., Suite 200
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation,
Warner Bros. Home Entertainment Inc.
and Disney Enterprises, Inc.

Michael Coblenz
*mcoblenz@windstream.net*
Attorney at Law
230 Lexington Green Circle, Suite 116
Lexington, Kentucky 40503
Telephone: (859) 321-6206
Facsimile: (859) 422-5082

Attorney for Defendant
Brian House

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation, Warner Bros. Home Entertainment Inc. and Disney Enterprises, Inc., <br><br>Plaintiffs, <br><br>v. <br><br>Brian House, and Does 1 – 10, inclusive, <br><br>Defendants. | Case No. CV16-1632- ODW (MRx) <br><br>CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Twentieth Century Fox Film Corporation, Warner Bros. Home Entertainment Inc. and Disney Enterprises, Inc. (collectively "Plaintiffs") and Defendant Brian House ("Defendant") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' Stipulation and only as to Defendant, his successors, heirs, and assignees, this Consent Decree and Permanent Injunction ("Injunction") shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) One or other of the Plaintiffs, or one of their respective affiliates, own or control the copyrights or pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television episodes subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiffs' Works").

3) Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of

                    Plaintiffs' Works;

      b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any unauthorized versions of Plaintiffs' Works; or

      c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5)    Plaintiffs are entitled to, and shall recover from Defendant, the maximum sum of Two Hundred Fifty Thousand Dollars ($250,000.00), pursuant to the terms of the parties' Release and Settlement Agreement dated and effective September 28, 2016.

6)    Each side shall bear its own fees and costs of suit.

7)    Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice.

8)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

10) The Court shall retain jurisdiction over Defendant and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction or of the parties' Release and Settlement Agreement dated and effective September 28, 2016.

DATED:

October 19, 2016

_____
    Hon. Otis D. Wright II
    United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiffs Twentieth Century Fox Film Corporation, Warner Bros. Home Entertainment Inc., and Disney Enterprises, Inc.

Attorney at Law

By: _____
    Michael Coblenz
Attorney for Defendant Brian House

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Rights Owner |
|---|---|---|
| PA0001763109 | AMERICAN HORROR STORY: HOME INVASION | Fox |
| PA0001763100 | AMERICAN HORROR STORY: MURDER HOUSE | Fox |
| PA0001763107 | AMERICAN HORROR STORY: HALLOWEEN, PT. 1 | Fox |
| PA0001763154 | AMERICAN HORROR STORY: HALLOWEEN, PT. 2 | Fox |
| PA0001765853 | AMERICAN HORROR STORY: PIGGY, PIGGY | Fox |
| PA0001768556 | AMERICAN HORROR STORY: OPEN HOUSE | Fox |
| PA0001768558 | AMERICAN HORROR STORY: RUBBER MAN | Fox |
| PA0001768550 | AMERICAN HORROR STORY: SPOOKY LITTLE GIRL | Fox |
| PA0001768603 | AMERICAN HORROR STORY: SMOLDERING CHILDREN | Fox |
| PA0001774086 | AMERICAN HORROR STORY: BIRTH | Fox |
| PA0001774087 | AMERICAN HORROR STORY: AFTERBIRTH | Fox |
| PA0001936110 | TWO AND A HALF MEN: THE OL' MEXICAN SPINACH | WBHEI |
| PA0001936109 | TWO AND A HALF MEN : A CHIC BAR IN IBIZA | WBHEI |
| PA0001936111 | TWO AND A HALF MEN: GLAMPING IN A YURT | WBHEI |
| PA0001938452 | TWO AND A HALF MEN: THIRTY-EIGHT, SIXTY-TWO, THIRTY-EIGHT | WBHEI |
| PA0001938454 | TWO AND A HALF MEN: OONTZ. OONTZ. OONTZ | WBHEI |
| PA0001938449 | TWO AND A HALF MEN: ALAN SHOT A LITTLE GIRL | WBHEI |
| PA0001938456 | TWO AND A HALF MEN: SEX WITH AN ANIMATED ED ASNER | WBHEI |
| PA0001945019 | TWO AND A HALF MEN: FAMILY, BUBLE, DEEP-FRIED TURKEY | WBHEI |
| PA0001935019 | TWO AND A HALF MEN: BOUNCY, BOUNCY, BOUNCY, LYNDSEY | WBHEI |
| PA0001935027 | TWO AND A HALF MEN: HERE I COME, PANTS! | WBHEI |
| PA0001945015 | TWO AND A HALF MEN: FOR WHOM THE BOOTY CALLS | WBHEI |

| | | |
|---|---|---|
| PA0001935028 | TWO AND A HALF MEN: A BEER-BATTERED RIP-OFF | WBHEI |
| PA0001935026 | TWO AND A HALF MEN: BOOMPA LOVED HIS HOOKERS | WBHEI |
| PA0001955345 | TWO AND A HALF MEN: DON'T GIVE A MONKEY A GUN | WBHEI |
| PA0001964191 | TWO AND A HALF MEN: OF COURSE HE'S DEAD -- PART 1 | WBHEI |
| PA0001964202 | TWO AND A HALF MEN: OF COURSE HE'S DEAD -- PART 2 | WBHEI |
| PA0001927404 | GREY'S ANATOMY: I MUST HAVE LOST IT ON THE WIND | DEI |
| PA0001927406 | GREY'S ANATOMY: PUZZLE WITH A PIECE MISSING | DEI |
| PA0001922166 | GREY'S ANATOMY: GOT TO BE REAL | DEI |
| PA0001930073 | GREY'S ANATOMY: ONLY MAMA KNOWS | DEI |
| PA0001929783 | GREY'S ANATOMY: BEND & BREAK | DEI |
| PA0001937195 | GREY'S ANATOMY: DON'T LET'S START | DEI |
| PA0001932029 | GREY'S ANATOMY: CAN WE START AGAIN PLEASE? | DEI |
| PA0001932028 | GREY'S ANATOMY: RISK | DEI |
| PA0001946749 | GREY'S ANATOMY: WHERE DO WE GO FROM HERE | DEI |
| PA0001940329 | GREY'S ANATOMY: THE BED'S TOO BIG WITHOUT YOU | DEI |
| PA0001940328 | GREY'S ANATOMY: ALL I COULD DO WAS CRY | DEI |
| PA0001942485 | GREY'S ANATOMY: THE GREAT PRETENDER | DEI |
| PA0001942487 | GREY'S ANATOMY: STARING AT THE END | DEI |
| PA0001944613 | GREY'S ANATOMY: THE DISTANCE | DEI |
| PA0001946403 | GREY'S ANATOMY: I FEEL THE EARTH MOVE | DEI |
| PA0001944583 | GREY'S ANATOMY: DON'T DREAM IT'S OVER | DEI |
| PA0001972796 | GREY'S ANATOMY: WITH OR WITHOUT YOU | DEI |
| PA0001946445 | GREY'S ANATOMY: CRAZY LOVE | DEI |
| PA0001952113 | GREY'S ANATOMY: ONE FLIGHT DOWN | DEI |
| PA0001952073 | GREY'S ANATOMY: HOW TO SAVE A LIFE | DEI |
| PA0001952007 | GREY'S ANATOMY: SHE'S LEAVING HOME | DEI |

| PA0001948053 | GREY'S ANATOMY: TIME STOPS | DEI |
| --- | --- | --- |
| PA0001953557 | GREY'S ANATOMY YOU'RE MY HOME | DEI |